Eric Sapir (SBN: 282740)
LAW OFFICE OF ERIC SAPIR
11500 Olympic Blvd., Suite 400
Los Angeles, CA 90064
Telephone: (310) 444-3058
Facsimile: (310) 444-3059
es@ericsapirlaw.com
Attorney for Plaintiff
DAVID VACCARO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VACCARO,<br><br>Plaintiff,<br><br>v.<br><br>STATE COLLECTION SERVICE, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CASE NO. 2:16-cv-08632<br>[Hon. Judge Michael W. Fitzgerald]<br><br>**NOTICE OF SETTLEMENT** |

//

//

//

//

//

//

//

**NOTICE OF SETTLEMENT**

TO THE COURT AND ALL COUNSEL OF RECORD:

     The parties to the within action have reached a settlement of all claims between them.  The parties expect that the settlement agreement will be finalized and a dismissal will be filed within forty-five (45) days.

                                          Respectfully submitted,

Dated:  February 4, 2017        LAW OFFICE OF ERIC SAPIR

                                       By:   *s/ Eric Sapir*
                                               Eric Sapir
                                               Attorney for Plaintiff
                                               David Vaccaro