JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VACCARO,<br><br>Plaintiff,<br><br>v.<br><br>STATE COLLECTION SERVICE, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-08632 MWF (MRWx)<br><br>ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

Based upon the Joint Stipulation of Dismissal with Prejudice submitted by plaintiff David Vaccaro ("Plaintiff"), and defendant State Collection Service, Inc., pursuant to Rule 41(a)(ii), and good cause having been shown therefor, **IT IS HEREBY ORDERED** as follows:

1. All claims in the above-entitled action are dismissed in their entirety with prejudice; and.

2. Both Parties to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: March 21, 2017

_____
Hon. Judge Michael W. Fitzgerald
United States District Court Judge

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**